# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TAYLOR,<br><br>      Petitioner,<br><br>    v.<br><br>L. MONTGOMERY, Warden,<br><br>      Respondent. | Case No. EDCV 21-1655-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Petitioner has objected. The Objections are overruled, and the Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: 2/28/23

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE