JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TAYLOR,<br><br>        Petitioner,<br><br>    v.<br><br>L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. EDCV 21-1655-VAP (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 02/28/23

                                                    VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE